<hr/>

## Magaro Appeal.

Argued November 17, 1961. Before ERVIN, WRIGHT, WOODSIDE, WATKINS, MONTGOMERY, and FLOOD, JJ. (RHODES, P. J., absent).

Before SHUGHART, P. J.

*C. Russell Welsh, Jr.,* with him *Carl R. Mapel,* and *Mark & Mapel,* for appellant.

*Richard C. Snelbaker,* Assistant District Attorney, with him *Harold S. Irwin, Jr.,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM, December 14, 1961:
The order of the Court of Quarter Sessions of Cumberland County is affirmed on the opinion of President Judge DALE F. SHUGHART for the court below, reported at 25 Pa. D. & C. 2d 572.